Núm. 7968.—PUEBLO, apldo. *v.* FALCÓN, aplte.—C. D. Bayamón.

Febrero 14, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, el acusado apelante fué condenado como autor de una infracción a la Ley para reglamentar la venta de armas de fuego, etc., Ley núm. 14 de julio 8, 1936, artículo 7; y

POR CUANTO, de acuerdo con la jurisprudencia sentada por esta corte en el caso de *El Pueblo* v. *Díaz Ocasio,* 55 D.P.R. 629, ratificada en otros decididos posteriormente, la denuncia que sirve de base a la sentencia es fatalmente defectuosa porque se limita a alegar que el acusado no declaró por escrito la posesión que tenía de un arma de fuego al Jefe de la Policía de Toa Alta sin expresar que residiera en dicho pueblo:

POR TANTO, se declara con lugar el recurso, se revoca la sentencia apelada que dictó la Corte de Distrito de Bayamón en octubre 10, 1939, y se absuelve al acusado.